# Third District Court of Appeal

## State of Florida

Opinion filed November 28, 2018.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D16-0136
Lower Tribunal No. 14-26045

————————

**Dany Emilio Heredia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rodolfo A. Ruiz, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Jeffrey R. Geldens, Assistant Attorney General, for appellee.

Before SALTER, LUCK, and LINDSEY, JJ.

PER CURIAM.

Pursuant to Florida Rule of Appellate Procedure 9.140(b)(2)(A)(i), Dany Heredia appeals from a guilty plea entered on December 16, 2015. Specifically, Heredia seeks review of the trial court's order denying his motion to dismiss under Florida's Stand Your Ground law. Because Heredia did not expressly reserve the right to appeal the trial court's denial of his motion to dismiss, we affirm without prejudice to any right Heredia may have to file a post-conviction motion under Florida Rule of Criminal Procedure 3.850. See Williams v. State, 194 So. 3d 511 (Fla. 3d DCA 2016).

Affirmed.